UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JOHNNIE BROWN,

        Plaintiff,

v.

MUSKEGON COUNTY JAIL et al.,

        Defendants.
_____/

Case No. 1:19-cv-235

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's claims under 34 U.S.C. § 30301 and 18 U.S.C. § 2243 are **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. §§ 1915(e)(2), 1915A.

**IT IS FURTHER ORDERED** that Plaintiff's claims under 42 U.S.C. § 1983, to the extent they challenge the validity of his interrogation by Defendant Stratton, are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. §§ 1915(e)(2), 1915A, because they are barred by the doctrine in *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994).

**IT IS FURTHER ORDERED** that all other claims under 42 U.S.C. § 1983 are **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. §§ 1915(e)(2), 1915A.

**IT IS FURTHER ORDERED** that Plaintiff's claims arising under state law, if any, are **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise supplemental jurisdiction over them, pursuant to 28 U.S.C. § 1367(c)(3).

Dated:  June 14, 2019                          /s/ Paul L. Maloney
                                                                                Paul L. Maloney
                                                                                United States District Judge